IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRET RYAN CRAVEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D15-3711

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed November 3, 2015.

An appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

Bret Ryan Craven, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

RAY, OSTERHAUS, and WINOKUR, JJ., CONCUR.